Same case below, 354 Fed. Appx. 656.

Same case below, 369 Fed. Appx. 610.

**No. 09-11405. Jason Best, Petitioner v. United States.**

562 U.S. 878, 131 S. Ct. 192, 178 L. Ed. 2d 116, 2010 U.S. LEXIS 6677.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-11406. Dwayne Brown, Petitioner v. James McGrady, Superintendent, State Correctional Institution at Retreat, et al.**

562 U.S. 878, 131 S. Ct. 193, 178 L. Ed. 2d 116, 2010 U.S. LEXIS 6554.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-11407. Walter Babb, Petitioner v. United States.**

562 U.S. 878, 131 S. Ct. 193, 178 L. Ed. 2d 116, 2010 U.S. LEXIS 6714.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 369 Fed. Appx. 503.

**No. 09-11408. Hubbard Bell, Jr., Petitioner v. United States.**

562 U.S. 878, 131 S. Ct. 193, 178 L. Ed. 2d 116, 2010 U.S. LEXIS 6943.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11409. Larry Stanley Traugott, Petitioner v. United States.**

562 U.S. 878, 131 S. Ct. 193, 178 L. Ed. 2d 116, 2010 U.S. LEXIS 6775.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 925.

**No. 09-11410. Earl Williams, Jr., Petitioner v. United States.**

562 U.S. 879, 131 S. Ct. 193, 178 L. Ed. 2d 116, 2010 U.S. LEXIS 7068.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 368 Fed. Appx. 541.

**No. 09-11411. Randall Williams, Petitioner v. Florida.**

562 U.S. 879, 131 S. Ct. 193, 178 L. Ed. 2d 116, 2010 U.S. LEXIS 6644.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 24 So. 3d 729.

**No. 09-11412. Jamel Summers, Petitioner v. Larry Denney, Warden.**

562 U.S. 879, 131 S. Ct. 194, 178 L. Ed. 2d 116, 2010 U.S. LEXIS 6952.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Missouri denied.